IN THE UNITED STATES DISTRICT COURT
FOR NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| APRIL AARON-BRUSH and GINGER AARON-BRUSH,<br><br>*Plaintiffs*,<br><br>vs.<br><br>LUTHER STRANGE in his official capacity as Attorney General of Alabama, *et al.*,<br><br>*Defendants*. | Case No.: 2:14-cv-01091-RDP |

### PLAINTIFFS' RENEWED MOTION FOR ATTORNEYS' FEES

Following the Court's denial of Plaintiff's Motion for Attorneys' Fees (Doc. # 46) and Motion to Extend Time for Appeal (Doc. # 47) – *see* Order, Doc. # 48 – Plaintiffs have decided not to appeal the Court's Order of Dismissal, Doc. # 44. Given this decision, Plaintiffs renew their Motion for Attorneys' Fees. *See* Doc. # 48 at 2 (motion administratively terminated without prejudice and "[t]o the extent appropriate, Plaintiffs may renew their Motion for Attorneys' Fees … .").

Pursuant to Rule 54 of the Federal Rules of Civil Procedure, 42 U.S.C. § 1983, and 42 U.S.C. § 1988, Plaintiffs hereby move the Court for an award of their attorneys' fees and non-taxable costs in this matter. Plaintiffs fairly estimate that they will seek to recover approximately $150,000.00 in attorneys' fees and approximately $606.30 in non-taxable costs they incurred in this case, in addition to time spent seeking the recovery.

Plaintiffs request that pursuant to Fed.R.Civ.P. 42(b), the Court bifurcate briefing the issue of entitlement of fees from the amount of fees. Rule 42(b) gives the Court discretion to bifurcate issues and claims "[f]or convenience, to avoid prejudice, or to expedite and economize." Fed.R.Civ.P. 42(b). Bifurcation here would satisfy both the convenience and expeditious purposes of the Rule. The Court's time would be greatly economized because the parties may come to an agreement on the amount of fees should the Court determine that Plaintiffs are entitled to an award of fees.

Plaintiffs' Memorandum in Support of Entitlement to Attorneys' Fees, Expenses and Non-Taxable Costs is submitted with this motion.

Respectfully submitted,

*s/ Randall C. Marshall*
Randall C. Marshall (ASB-3023-A56M)
Avery C. Livingston (ASB-3780-G22R)
Brock Boone (ASB-2864-L11E)
ACLU of Alabama Foundation
P.O. Box 6179
Montgomery, AL 36106-0179
334-265-2754
rmarshall@aclualabama.org
alivingston@aclualabama.org

Chase Strangio**
James Esseks**
ACLU Foundation
125 Broad Street, 18th Floor
New York, New York 10004
212-284-7320
cstrangio@aclu.org
jesseks@aclu.org

** Admitted *pro hac vice*.

Wendy Brooks Crew  (ASB-5609-e42w)
The Crew Law Firm
2001 Park Pl Ste 550
Birmingham, AL 35203-2714
205-326-3555
wbcrew4@aol.com

Joel E. Dillard (ASB-5418-R62J)
Baxley, Dillard, McKnight & James
2008 Third Avenue South
Birmingham, Alabama  35233
205-271-1100
JDillard@BaxleyDillard.com

Joshua S. Segall (ASB-9123-O78S)
Post Office Box 4236
Montgomery, AL 36103
334-324-4546
Joshua.segall@segalllaw.net

Robert D. Segall (ASB-7354-E68R)
Copeland, Franco, Screws & Gill, P.A.
P.O. Box 347
Montgomery, Alabama 36101-0347
334-834-1180
segall@copelandfranco.com

Edward Still (ASB-4786-i47w)
Edward Still Law Firm LLC
429 Green Springs Hwy, STE 161-304
Birmingham, AL 35209
205-320-2882
still@votelaw.com

Cooperating Attorneys for the ACLU of Alabama Foundation

3

## CERTIFICATE OF SERVICE

I hereby certify that on November 4, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following counsel of record for defendants:

James W. Davis (ASB-4063-I58J)
Laura E. Howell (ASB-0551-A41H)
Assistant Attorneys General

STATE OF ALABAMA
OFFICE OF THE ATTORNEY GENERAL
501 Washington Avenue
Montgomery, Alabama 36130-0152
(334) 242-7300
(334) 353-8440 (fax)
jimdavis@ago.state.al.us
lhowell@ago.state.al.us

Attorneys for Defendants Bentley, Strange, Magee, and Richardson

David B. Byrne, Jr.
Chief Legal Advisor
STATE OF ALABAMA
OFFICE OF THE GOVERNOR
Alabama State Capitol
600 Dexter Avenue, Ste. NB-05
Montgomery, Alabama 36130
(334) 242-7120
david.byrne@governor.alabama.gov

Additional Counsel for Governor Bentley

J. Haran Lowe
Timothy L. McCollum
STATE OF ALABAMA
DEPARTMENT OF PUBLIC SAFETY
Legal Unit
P.O. Box 1511
Montgomery, AL 36102-1511
(334) 242-4392
haran.lowe@dps.alabama.gov
tim.mccollum@dps.alabama.gov

Additional Counsel for Defendant Richardson

/s Randall C. Marshall

Randall C. Marshall

4